RECEIVED
IN LAKE CHARLES, LA.

JAN 29 2013

TONY R. MOORE, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| GERALD BROWN | CIVIL ACTION NO. 2:12-CV-674 |
| FED. REG. #33360-013 | SECTION P |
| VS. | JUDGE MINALDI |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 5] of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** because the Court lacks jurisdiction to consider these claims.

Lake Charles, Louisiana, on this 28 day of January, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE